```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

FRANCISCO PEREZ,                    )
    Petitioner,                     ) Civil Action No. 06 -988
                                    )
            v.                    ) Judge Gary L. Lancaster/
                                    ) Magistrate Judge Lisa P.
JAMES T. WYDNER, and THE ATTORNEY   ) Lenihan
GENERAL OF THE STATE OF             )
PENNSYLVANIA,                       )
    Respondents.                    )
                                    )

## MEMORANDUM ORDER

The above captioned case was initiated on July 24, 2006 by the filing of a Motion to Proceed *In Forma Pauperis* (doc. no. 1) accompanied by a Petition for Writ of Habeas Corpus. It was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 14), filed on January 4, 2007, recommended that the Respondent's Motion to Transfer Case to the United States District Court for the Eastern District of Pennsylvania be granted. The Petitioner was served and was advised he was allowed ten (10) days from the date of service to file written objections to the report and recommendation. No objections have been filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this \_\_\_1st\_\_\_ day of \_\_\_Feb_____,
2007;

IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Eastern District of Pennsylvania, forthwith.

IT IS FURTHER ORDERED that the Report and Recommendation (doc. no. 14) of Magistrate Judge Lenihan, dated January 4, 2007, is adopted as the opinion of the court.

BY THE COURT:

_____
Gary L. Lancaster
United States District Judge

cc: Lisa Pupo Lenihan,
United States Magistrate Judge

Francisco Perez
BF-6341
D Block Cell 35
Dallas, PA 18612